|     |     |     |
| --- | --- | --- |
| 1   |     |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL EVITT,

                Plaintiff,

   v.

EXPERIAN INFORMATION
SOLUTIONS INC. et al.,

                Defendants.

CASE NO. 3:23-cv-05294-LK

ORDER DIRECTING ISSUANCE
OF THIRD-PARTY SUBPOENA

       This matter comes before the Court on Plaintiff Michael Evitt's fifth motion to issue subpoena. Dkt. No. 33. He seeks to obtain "[a]ll account statements, payment history, and account servicing notes, from March 1, 2022 through June 1, 2022," for two allegedly fraudulent Bank of America transferee credit card accounts. Dkt. No. 33-1 at 2 (proposed subpoena). No party objects to the requested subpoena. *See* Dkt. No. 31 at 5 (previous motion indicating that no parties object); Dkt. No. 33 at 1 (incorporating the contents of previous motions).

The Court has evaluated the record, facts, and applicable law as set out in its prior orders on this subject matter, and ORDERS the Clerk to execute and issue the proposed subpoena to Evitt's counsel. Dkt. No. 33-1; *see* Fed. R. Civ. P. 45(a)(3).

Evitt's fourth motion to issue subpoena is DENIED as moot. Dkt. No. 31.

Dated this 13th day of September, 2023.

*Lauren King*
Lauren King
United States District Judge