UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL EVITT,<br><br>               Plaintiff,<br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC. et al.,<br><br>               Defendants. | CASE NO. 3:23-cv-05294-LK<br><br>ORDER GRANTING UNOPPOSED AND RENEWED MOTION FOR RELIEF FROM LOCAL CIVIL RULE 83.1(d)(2) |

    This matter comes before the Court on the unopposed and renewed motion of Defendant Equifax Information Services LLC ("Equifax") for relief from Local Civil Rule 83.1(d)(2). Dkt. No. 46. Equifax moves for relief from Local Civil Rule 83.1(d)(2) insofar as the rule requires its counsel, Jeffrey M. Edelson, to maintain a physical office within the geographic boundaries of this District in order to serve as Equifax's local counsel. *Id.* at 1; *see also* Dkt. No. 10 at 1 (stating Mr. Edelson's office address in Portland, Oregon). No other parties object to this motion. Dkt. No. 46 at 2; *see also* Dkt. No. 47 at 1–2.

ORDER GRANTING UNOPPOSED AND RENEWED MOTION FOR RELIEF FROM LOCAL CIVIL RULE 83.1(D)(2) - 1

1       On January 11, 2017, Judge Ricardo S. Martinez granted a waiver to Mr. Edelson to appear as local counsel for Equifax in Equifax's cases in this District. Dkt. No. 47 at 2; Dkt. No. 47-1 at 1–2; *see also* Dkt. No. 46 at 1. Pursuant to that order, the Court GRANTS Equifax's unopposed and renewed motion for relief from Local Civil Rule 83.1(d)(2). Dkt. No. 46. However, the Court reiterates that "Mr. Edelson remains responsible for all of the duties imposed on Local Counsel under LCR 83.1(d)(2)," he is expected "to be familiar with all of the Court's Local Rules and practices," and "[t]he Court retains the authority to review and withdraw th[e] exception should it become necessary" due to, for example, further violations of the Local Civil Rules. Dkt. No. 47-1 at 2.

Dated this 14th day of March, 2024.

*[signature]*

Lauren King
United States District Judge