THE HONORABLE LAUREN KING

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:    509-327-2224
Email:        bobmitchellaw@gmail.com
*Attorney for Plaintiff, Michael Evitt*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICHAEL EVITT,<br><br>            Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,<br><br>           Defendants. | NO. 3:23-cv-05294−LK<br><br>**PLAINTIFF'S STATUS REPORT AND MOTION TO WITHDRAW CASE FROM ARBITRATION** |

COMES NOW PLAINTIFF, by and through the undersigned counsel, and respectfully requests that this Court withdraw this matter from arbitration.

## I.      INTRODUCTION

11 months after this case was initiated, Experian moved this Court to compel arbitration. This Court issued an order compelling arbitration.  This Court also issued an order directing the parties to file a status report on May 8, 2024.  Rather than filing for arbitration, Experian waited until 3:52 P.M., on May 8, 2024, to provide Plaintiff's with a proposed status report.  Experian takes the position that, despite Experian *demanding* arbitration, Plaintiff was responsible to file for arbitration.  Once again, Experian has acted inconsistent with the right to arbitration.

## II.  FACTS

2.1     On <u>March 1, 2024</u>, Experian filed a motion to compel arbitration.  ECF No. 42.

2.2     On <u>March 8, 2024</u>, Plaintiff responded with opposition alleging that Experian waived arbitration by acting inconsistent with the right to arbitrate.  ECF No. 48.

2.3     On <u>April 8, 2024</u>, this Court compelled this matter to arbitration.  ECF No. 62.

2.4     This Court ordered the parties to file a status report on <u>May 8, 2024</u>.  *Id.*

2.5     Experian never filed for arbitration, nor paid arbitration fees.

## III.  AUTHORITY

**Experian Waived Arbitration.**

"Waiver, we have said, is the intentional relinquishment or abandonment of a known right." *Morgan v. Sundance, Inc.*, 142 S. Ct. 1708, 171 (2022), citing *United States v. Olano*, 507 U. S. 725, 733 (1993). "While 'waiver' generally denotes the voluntary relinquishment of a known right, it can also refer to the loss of a right as a result of a party's failure to perform an act it is required to perform, regardless of the party's intent to relinquish the right." *St. Agnes Medical Center v. PacifiCare of California*, 31 Cal.4th 1187, 1195-1196 (2003).

In this case, on <u>April 8, 2024</u>, the Court compelled arbitration and ordered the parties to file a status report on <u>May 8, 2024</u>.  ECF No. 62.  Instead of filing for arbitration, Experian waited until 3:52 P.M., on <u>May 8, 2024</u>, to provide Plaintiff's counsel with a draft status report. Experian's proposed status report attempts to place the onus to file for arbitration on Plaintiff. Plaintiff never requested arbitration.  ECF Nos. 42-48.  To date, Experian has not filed for arbitration, nor paid arbitration fees.  Experian has again engaged in delay and actions contrary to the right to arbitrate the claims presented in this action.

PLAINTIFF'S MOTION TO WITHDRAW
CASE FROM ARBITRATION

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### IV.   CONCLUSION

For the above reasons, this Court should issue an order withdrawing this matter from arbitration where Experian has once again engaged in delay and actions contrary to the right to arbitration.

Dated May 8, 2024.

S//*Robert W. Mitchell*
ROBERT MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington, Spokane, WA 99201
Telephone:     509-327-2224
Email:           bobmitchellaw@gmail.com
*Attorney for Plaintiff, Michael Evitt*

### WORD COUNT CERTIFICATION

*Pursuant to Local Civil Rule 7(e)(6), I hereby certify that this document contains 429 words.

Dated May 8, 2024.

S//*Robert W. Mitchell*
ROBERT MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington
Spokane, WA 99201
Telephone:     509-327-2224
Email:           bobmitchellaw@gmail.com
*Attorney for Plaintiff, Michael Evitt*

PLAINTIFF'S MOTION TO WITHDRAW
CASE FROM ARBITRATION

3

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

1

### CERTIFICATE OF SERVICE

2

    I hereby certify under penalty of perjury under the laws of the State of Washington that

3

on the 8<u>th</u> day of May, 2024, I filed the foregoing in ECF, which will send notice to Defendants

4

at the following:

5

6     Jeffrey M. Edelson
      MARKOWITZ HERBOLD PC

7     1455 SW Broadway, Suite 1900
      Portland, OR  97201

8     Email: JeffEdelson@MarkowitzHerbold.com

9     Mason A Moody, Esq.
      Quilling, Selander, Lownds, Winslett & Moser, P.C.

10    10333 North Meridian Street, Suite 200
      Indianapolis, IN 46290

11    Email: mmoody@qslwm.com

12

13    Nicholas Ranallo
      5058 57th Ave. S.

14    Seattle, WA 98118
      Email: nick@ranallolawoffice.com

15

16    Stuart R. Settle, *Pro Hac Vice*
      Schuckit & Associates PC

17    4545 Northwestern Drive
      Zionsville, IN 46077

18    Email: ssettle@schuckitlaw.com

19    Angela M. Taylor, *Pro Have Vice*
      3161 Michelson Drive Suite 800

20    Irvine, CA 92612
      Email: angelataylor@jonesday.com

21

22    Rachel D Groshong, Esq.
      Sara J. Wadsworth

23    Stoel Rives LLP
      600 University Street Suite 3600

24    Seattle, WA 98101
      Email: rachel.groshong@stoel.com, sara.wadsworth@stoel.com

25

26    PLAINTIFF'S MOTION TO WITHDRAW              4         **Robert Mitchell, Attorney at Law, PLLC**
      CASE FROM ARBITRATION                                  1020 N. Washington St. | Spokane, WA  99201
                                                             Ph (509) 327-2224 | Fax (888) 840-6003
                                                             bobmitchellaw@gmail.com

1  Dated this 8<u>th</u> day of May, 2024, at Key West, Fla.

2                                S//*Robert W. Mitchell*

3                                ROBERT MITCHELL (WSBA No. 37444)
                                 ROBERT MITCHELL ATTORNEY AT LAW, PLLC
4                                1020 N. Washington
                                 Spokane, WA 99201
5                                Telephone:      509-327-2224
                                 Email:          bobmitchellaw@gmail.com
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  PLAINTIFF'S MOTION TO WITHDRAW          5      **Robert Mitchell, Attorney at Law, PLLC**
    CASE FROM ARBITRATION                           1020 N. Washington St. | Spokane, WA  99201
                                                    Ph (509) 327-2224 | Fax (888) 840-6003
                                                    bobmitchellaw@gmail.com