THE HONORABLE LAUREN KING

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:    509-327-2224
Email:           bobmitchellaw@gmail.com
*Attorney for Plaintiff, Michael Evitt*

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MICHAEL EVITT,<br><br>    Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company, EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,<br><br>    Defendants. | NO. 3:23-cv-05294−LK<br><br>**PLAINTIFF'S FRCP 60 MOTION FOR RELIEF FROM ORDER COMPELLING ARBITRATION**<br><br>**NOTE ON MOTION DOCKET:**<br><br>**JUNE 7, 2024**<br><br>**WITHOUT ORAL ARGUMENT** |

COMES NOW PLAINTIFF, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 60(b), and respectfully moves this Court to vacate the order compelling arbitration of Plaintiff's claims against Defendant, Experian.  ECF No. 64.

## I.    INTRODUCTION

Experian's continued delay and refusal to file for arbitration justifies relief from this Court's order compelling this matter to arbitration.  ECF No. 64.

PLAINTIFF'S MOTION FOR RELIEF FROM ORDER COMPELLING ARBITRATION

1

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

## II. FACTS

2.1     In March of 2023, Plaintiff initiated this matter by serving Experian with an unfiled Summons and Complaint.  ECF No. 1.

2.2     On March 1, 2024, Experian filed a motion to compel arbitration.  ECF No. 42.

2.3     On March 8, 2024, Plaintiff opposed the motion to compel arbitration, alleging that Experian waived arbitration by acting inconsistent with the right to arbitrate, by engaging in unnecessary delay.  ECF No. 48.

2.4     On April 8, 2024, this Court compelled this matter to arbitration.  ECF No. 64.

2.5     Experian has since refused to file for arbitration.  ECF No. 67.

## III. AUTHORITY

**A.     Standard on Motion for Relief from Order.**

The Federal Rules of Civil Procedure provide in pertinent part:

> (b) On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: … (6) any other reason that justifies relief.

*See* Fed. R. Civ. P. 60(b)(6).

On April 8, 2024, this Court compelled this matter to arbitration.  ECF No. 64.  Experian has since refused to file for arbitration.  ECF No. 67.  It has now been 13 months since this case was initiated.  ECF No. 1.  Experian's inaction in the face of this Court's order compelling arbitration justifies relief from the order compelling arbitration.

**B.     Experian Waived Arbitration.**

"Waiver, we have said, is the intentional relinquishment or abandonment of a known right." *Morgan v. Sundance, Inc*., 142 S. Ct. 1708, 171 (2022), citing *United States v. Olano*,

2

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

507 U. S. 725, 733 (1993). "While 'waiver' generally denotes the voluntary relinquishment of a known right, it can also refer to the loss of a right as a result of a party's failure to perform an act it is required to perform, regardless of the party's intent to relinquish the right." *St. Agnes Medical Center v. PacifiCare of California*, 31 Cal.4th 1187, 1195-1196 (2003).

On April 8, 2024, this Court compelled arbitration and ordered the parties to file a status report on May 8, 2024. ECF No. 64. Instead of filing for arbitration, Experian waited until 3:52 P.M., on May 8, 2024, to provide Plaintiff's counsel with a draft status report. ECF No. 67. Experian attempts to place the onus to file for arbitration on Plaintiff. *Id*. Plaintiff never requested arbitration. ECF Nos. 42-48. Plaintiff opposes arbitration. *Id*. To date, Experian has not filed for arbitration, nor paid arbitration fees. ECF No. 67.

Experian's intentional delay is contrary to the right to arbitration. Experian's delay justifies relief from the order compelling arbitration. ECF No. 64.

## IV.    CONCLUSION

For the above reasons, this Court should vacate the order compelling this matter to arbitration where Experian has once again engaged in delay and inaction contrary to the right to arbitrate.

## WORD COUNT CERTIFICATION

Pursuant to Local Civil Rule 7(e)(6), I hereby certify that this document contains 519 words.

## MEET AND CONFER CERTIFICATION

On May 15, 2024, the parties met and conferred concerning this motion. Experian refused to file for arbitration, opposes this motion, and believes that sanctions are appropriate.

PLAINTIFF'S MOTION FOR RELIEF FROM ORDER COMPELLING ARBITRATION — 3

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

Dated May 15, 2024.

S//*Robert W. Mitchell*
ROBERT MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington, Spokane, WA 99201
Telephone:    509-327-2224
Email:        bobmitchellaw@gmail.com
*Attorney for Plaintiff, Michael Evitt*

PLAINTIFF'S MOTION FOR RELIEF FROM ORDER COMPELLING ARBITRATION — 4

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 15th day of May, 2024, I filed the foregoing in ECF, which will send notice to Defendants at the following:

Jeffrey M. Edelson
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Email: JeffEdelson@MarkowitzHerbold.com

Mason A Moody, Esq.
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Email: mmoody@qslwm.com

Nicholas Ranallo
5058 57th Ave. S.
Seattle, WA 98118
Email: nick@ranallolawoffice.com

Stuart R. Settle, *Pro Hac Vice*
Schuckit & Associates PC
4545 Northwestern Drive
Zionsville, IN 46077
Email: ssettle@schuckitlaw.com

Angela M. Taylor, *Pro Have Vice*
3161 Michelson Drive Suite 800
Irvine, CA 92612
Email: angelataylor@jonesday.com

Rachel D Groshong, Esq.
Sara J. Wadsworth
Stoel Rives LLP
600 University Street Suite 3600
Seattle, WA 98101
Email: rachel.groshong@stoel.com, sara.wadsworth@stoel.com

PLAINTIFF'S MOTION FOR RELIEF FROM ORDER COMPELLING ARBITRATION — 5

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

Dated this 15th day of May, 2024, at Memphis, Tennessee.

S//*Robert W. Mitchell*
ROBERT MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington
Spokane, WA 99201
Telephone:   509-327-2224
Email:       bobmitchellaw@gmail.com

PLAINTIFF'S MOTION FOR RELIEF FROM ORDER COMPELLING ARBITRATION

6

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com