UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL EVITT,<br><br>    Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC. et al.,<br><br>    Defendants. | CASE NO. 3:23-cv-05294-LK<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court on Plaintiff Michael Evitt and Defendant Experian Information Solutions, Inc.'s Stipulation and Proposed Order of Dismissal with Prejudice. Dkt. No. 116. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

  Dated this 27th day of August, 2025.

                     */s/ Lauren King*
                     Lauren King
                     United States District Judge

ORDER OF DISMISSAL - 1